**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN R. LITWAK, JR., D/B/A JRL EMERGENCY SERVICES, | CIVIL ACTION NO. 3:16-cv-00446 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| RICHARD E. TOMKO, MAYOR OF THE BOROUGH OF ST. CLAIR et. al, | |
| Defendants. | |

## ORDER

**NOW**, this 19th day of March, 2018, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint (*Doc.* 28) is **GRANTED**.

(1)    Plaintiff's Third Amended Complaint (*Doc.* 27) is **DISMISSED with prejudice**.

(2)    The Clerk of Court is instructed to mark this case **CLOSED**.


                                                     /s/ A. Richard Caputo
                                                     A. Richard Caputo
                                                     United States District Judge